AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

DAWAYNE HAWKINS

*Defendant(s)*

Case No. 1:25-mj-0390-MKK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 19, 2024 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/Mark D. Rutter
*Complainant's signature*

Mark D. Rutter, Task Force Officer FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means (by telephone)

Date: 04/22/2025

City and state: Indianapolis, Indiana

UNITED STATES DISTRICT COURT
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana
SOUTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-mj-0390-MKK |
| | ) | |
| DAWAYNE HAWKINS | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Mark D. Rutter, Task Force Officer with the Federal Bureau of Investigation, being duly sworn on oath, hereby depose and state as follows:

**INTRODUCTION**

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C), as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been a TFO with the FBI since 2010.

2. As a TFO, I am assigned to the Violent Crime Task Force (VCTF) on behalf of the Indianapolis Metropolitan Police Department (IMPD). I am also a Detective with IMPD and have been so employed for approximately twenty-nine (29) years. I am a graduate of the Indiana Law Enforcement Academy. In your Affiant's current assignment, I investigate all matters of violent crime, to include firearms offenses.

3. The statements contained in this affidavit are based on my personal knowledge as well as information developed by other law enforcement officers who aided in the investigation. Since this affidavit is being submitted for the limited purpose of supporting the criminal complaint in this matter, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the probable cause for the issuance of the arrest warrant sought.

4. This affidavit is offered in support of a criminal complaint and arrest warrant as to Dawayne Hawkins for Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

## INVESTIGATION AND PROBABLE CAUSE

5. On June 19, 2024, detectives with IMPD were conducting surveillance at a residence in the area of the 3400 block of North Parker Avenue, Indianapolis, Southern District of Indiana. The purpose of the surveillance was to locate Dawayne Krishawn Hawkins, Date of Birth: xx/xx/1992. Hawkins had an active federal arrest warrant issued on April 17, 2024, for violation of his terms of supervised release under cause number 1:19-cr-00005-JRS-TAB. Hawkins was also a suspect in the robbery of a person which was alleged to have occurred on or about May 28, 2024.

6. In advance of the surveillance, assisting detectives were provided several photos of Hawkins and established placement of an IMPD surveillance camera near the Parker Avenue address. Several detectives, including your Affiant,

later observed a black male, matching the description of Hawkins, exit the side entrance of the Parker Avenue residence and walk to the front yard. The male was shirtless and wearing sweatpants and a backpack. The male also had a handgun in a holster that was attached to the front of his sweatpants and clearly visible. Assisting detectives and your Affiant all positively identified the male as Dawayne Hawkins. See surveillance photograph still below:



7. Hawkins eventually walked through the backyard and entered a Ford pickup truck that was parked behind the Parker Avenue residence. Detectives attempted to maintain surveillance on Hawkins as he was driving, but lost sight of him several times before he returned to the Parker Avenue residence and entered. IMPD SWAT then responded to the scene and secured the exterior of the residence.

8. Detectives applied for and were granted a search warrant as to the Parker Avenue residence under Marion County cause number 49D29-2406-MC-

017182. SWAT then made announcements for all occupants to exit the residence. Four individuals other than Hawkins exited the residence and were taken into custody without incident. After an approximately two-hour standoff, Hawkins eventually exited the residence and was taken into custody without incident.

9. Detectives inspected the truck that Hawkins had been driving. The truck was a red 2010 Ford F150 bearing Indiana plate number C637FB. The plate was not registered to a red Ford F150. Detectives ran the VIN on the truck and found that it had been reported stolen during an armed carjacking from June 11, 2024. FBI TFO Pat Bragg observed a handgun holster sitting on the front seat.

10. Detectives executed a search warrant on the residence and located, among other items, the following:

a. A double rifle magazine with 20 live 300 AAC Blackout cartridges. By "double" your Affiant is referring to two separate magazines of the same caliber, duct taped together and reversed in orientation. The practical application of this would be for the user to expend the rounds in one magazine, eject it, then quickly load the second magazine already in hand.

b. A black Bravo Company Manufacturing BCM4 300 blackout caliber semiautomatic rifle, bearing serial number A 048056. The rifle had been reported stolen in the robbery of on or about May 28, 2024, in which Hawkins was named as the suspect. The rifle was located in the basement, which had been converted to a makeshift bedroom, within

the space between the dropped ceiling and the main structural ceiling, and to the left of the staircase.

c. A Glock Model 17, 9mm caliber semiautomatic handgun, serial number EVX011 (US), loaded with 14 live 9mm rounds. The Glock 17 was located in proximity to the BCM4 rifle, within the space between the dropped ceiling and the main structural ceiling, and to the left of the staircase.

11. Your affiant transported Hawkins to the IMPD Robbery office, where Detective Scott Nickels with IMPD and I took an audio and video recorded interview from Hawkins. Prior to questioning, Detective Nickels read Hawkins an Advice of Rights form, to which Hawkins stated he understood and signed.

12. In the post-*Miranda* interview, Hawkins admitted that he was indeed carrying a handgun when detectives observed him exit the residence. Hawkins stated that he was carrying a Glock 17, which is the same brand and model as the handgun noted above. Hawkins stated that he thought he was being followed by police while he was driving around, and then claimed to have thrown the gun he was carrying out the window in an alley before he returned to the Parker Avenue residence. Hawkins admitted that he had possessed the Glock 17 we were discussing since approximately 2018.

13. Neither the Glock 17 handgun nor the BCM4 rifle were manufactured in Indiana; therefore, Hawkins' possession of these firearms was in or affected interstate or foreign commerce.

14. Hawkins has been convicted of a crime punishable by a term of imprisonment exceeding one year. Specifically, Hawkins pleaded guilty to the offense of Felon in Possession of a Firearm and Ammunition, in the United States District Court, Southern District of Indiana, under Cause Number 1:19-cr-00005-JRS-TAB, on or about September 3, 2020, and with Judgment entered September 9, 2020. Hawkins knew he had been so convicted and was on supervised release for this offense at the time he possessed the firearms noted above.

## CONCLUSION

15. Based on the information detailed above, your Affiant has probable cause to believe that on or about June 19, 2024, Dawayne Hawkins violated Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Convicted Felon). Your affiant is requesting this complaint be approved and a warrant issued for Hawkins' arrest.

Respectfully Submitted,

/s/Mark D. Rutter
Mark D. Rutter
Task Force Officer
Federal Bureau of Investigation

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means (by telephone).

Date: 04/22/2025

UNITED STATES DISTRICT COURT
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana
SOUTHERN DISTRICT OF INDIANA